[No. 32271-1-I.    Division One.    April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW ADAM HOWLETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04172-0, Jim Bates, J., entered March 4, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 30199-3-I.    Division One.    April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLENE KAY HENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04872-6, Ricardo S. Martinez, J., entered February 27, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Becker, J., Kennedy, J., dissenting.

[No. 30065-2-I.    Division One.    April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN R. STELLY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04800-9, Sharon S. Armstrong, J., entered February 6, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 32976-6-I.    Division One.    April 18, 1994.]

CHARLES A. WOODRING, ET AL, *Appellants*, v. COSTCO WHOLESALE CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-08566-6, Liem E. Tuai, J., entered May 25, 1993. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Coleman, JJ.